# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MING CHU WUN,

    Plaintiff,

v.

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE, *et al*.,

    Defendants.

Case No. 2:11-CV-00760-KJD-PAL

**ORDER**

On August 31, 2012, Third Party Defendants notified (#56) the Court that a mediation had been held and that the case had been settled in its entirety.  Third Party Defendants also notified the Court that they anticipated the formal settlement agreements would be executed and stipulations to dismiss the case would be filed within thirty (30) days.  However, since the notice of settlement, no action of record has been taken.  Accordingly, the parties are ordered to file a joint status report or stipulations to dismiss no later than January 2, 2013.

**IT IS SO ORDERED.**

    DATED this 11th day of December 2012.

_____
Kent J. Dawson
United States District Judge